# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO:      Counsel of Record

FROM:      Judge Roger W. Titus

RE:      *United States of America v. Marla Messenger*  
            Criminal No. RWT-17-0227

DATE:      November 27, 2017

\* \* \* \* \* \* \* \* \*

The continuation of the sentencing scheduled for November 29, 2017 at 2:00 p.m., is hereby **RESCHEDULED** for **December 19, 2017 at 3:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                      /s/  
                                                Roger W. Titus  
                                                United States District Judge